Jaren Wieland, ISB No. 8265
MOONEY WIELAND WARREN
512 W. Idaho St., Ste 103
Boise, ID 83702
t: 208.401.9219
f: 888.234.8543
jaren.wieland.service@mooneywieland.com

Aaron M. Zigler (*Pro Hac Vice*)
Nidya S. Gutierrez (*Pro Hac Vice*)
Lawrence V. Ashe (*Pro Hac Vice*)
ZIGLER LAW GROUP, LLC
308 South Jefferson Street, Suite 333
Chicago, Illinois 60661
t: 312.535.5995
aaron@ziglerlawgroup.com
nidya@ziglerlawgroup.com
larry@ziglerlawgroup.com

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **Nolan Anderson**, on behalf of himself individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**Interpath Laboratory, Inc.**, an Oregon corporation and **Praxis Health, P.C.** an Oregon Professional Corporation,<br><br>    Defendants. | Case No. 2:24-cv-00341-AKB<br><br>**Plaintiff's Notice of Withdrawal of Motion to Compel Pre-Certification Class Discovery (Dkt. 40)** |

Plaintiff Nolan Anderson, individually and on behalf of all others similarly situated, hereby

withdraws Plaintiff's Motion to Compel (Dkt. 40), filed on May 29, 2026. Counsel for the parties

have conferred and were able to resolve the issues raised in the Motion without further Court intervention. Accordingly, Plaintiff no longer seeks a ruling on the Motion.

Dated: June 12, 2026                          Respectfully submitted,

                                             *Nidya S. Gutierrez*

                                             Aaron M. Zigler (*Pro Hac Vice*)
                                             Nidya S. Gutierrez (*Pro Hac Vice*)
                                             Lawrence V. Ashe (*Pro Hac Vice*)
                                             ZIGLER LAW GROUP, LLC
                                             308 South Jefferson Street, Suite 333
                                             Chicago, Illinois 60661
                                             t: 312.535.5995
                                             aaron@ziglerlawgroup.com
                                             nidya@ziglerlawgroup.com
                                             larry@ziglerlawgroup.com

                                             Jaren Wieland, ISB No. 8265
                                             MOONEY WIELAND WARREN
                                             512 W. Idaho St., Suite 103
                                             Boise, ID 83702
                                             t: 208.401.9219
                                             f: 888.234.8543
                                             jaren.wieland.service@mooneywieland.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 12, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

Stoel Rives LLP
Wendy J. Olson
Wendy.olson@stoel.com
Thomas R. Johnson
Tom.johnson@stoel.com
Stephen Galloway
Stephen.galloway@stoel.com
Cory Michael Carone
Cory.carone@stoel.com

*Nidya S. Gutierrez*

Nidya S. Gutierrez
Attorney for Plaintiff