Jaren Wieland, ISB No. 8265
MOONEY WIELAND WARREN
512 W. Idaho St., Ste 103
Boise, ID 83702
t: 208.401.9219
f: 888.234.8543
jaren.wieland.service@mooneywieland.com

Aaron M. Zigler *(Pro Hac Vice)*
Nidya S. Gutierrez (*Pro Hac Vice*)
ZIGLER LAW GROUP, LLC
308 South Jefferson Street, Suite 333
Chicago, Illinois 60661
t: 312.673.8427
f: 312.535.5773
aaron@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

**Nolan Anderson**, on behalf of himself
individually, and on behalf
of all others similarly situated,

    Plaintiff,

vs.

**Interpath Laboratory, Inc.**, an Oregon
corporation and **Praxis Health, P.C.** an Oregon
Professional Corporation,

    Defendants.

Case No. 2:24-cv-00341-AKB

**Declaration of Jaren Wieland**

I, Jaren Wieland, under penalty of perjury, declares the following:

1.  Attached as Exhibit A is Plaintiff's counsel's July 22, 2026, exchange with

opposing counsel.  Opposing counsel has consented to Plaintiff filing an amended complaint.

Dated July 22, 2026

_Jaren Wieland_
Jaren Wieland, ISB No. 8265
MOONEY WIELAND WARREN
512 W. Idaho St., Suite 103
Boise, ID 83702
t: 208.401.9219
f: 888.234.8543
jaren.wieland.service@mooneywieland.com

Aaron M. Zigler (Pro Hac Vice)
Nidya S. Gutierrez (Pro Hac Vice)
Lawrence V. Ashe (Pro Hac Vice)
ZIGLER LAW GROUP, LLC
308 South Jefferson Street, Suite 333
Chicago, Illinois 60661
t: 312.535.5995
aaron@ziglerlawgroup.com
nidya@ziglerlawgroup.com
larry@ziglerlawgroup.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

Stoel Rives LLP
Wendy J. Olson
Wendy.olson@stoel.com
Thomas R. Johnson
Tom.johnson@stoel.com
Stephen Galloway
Stephen.galloway@stoel.com
Cory Michael Carone
Cory.carone@stoel.com

*Jaren Wieland*

Jaren Wieland
Attorney for Plaintiff

**From:** Galloway, Stephen
**To:** Lawrence Ashe
**Cc:** Defense.Interpath; Carone, Cory M.
**Subject:** RE: Meet and Confer on Motion to Amend Complaint [SR-ACTIVE.FID5910700]
**Date:** Wednesday, July 22, 2026 8:40:33 AM
**Attachments:** image001.png

Larry,

We have no objection to the proposed amendment.  We, of course, reserve all rights and defenses to the claims.

**Stephen Galloway** | Stoel Rives LLP | Attorney
Direct: (503) 294-9369 | Mobile: (503) 367-6832

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Tuesday, July 21, 2026 3:22 PM
**To:** Galloway, Stephen <stephen.galloway@stoel.com>; Carone, Cory M. <cory.carone@stoel.com>
**Cc:** Defense.Interpath <Defense.Interpath@ziglerlawgroup.com>
**Subject:** Meet and Confer on Motion to Amend Complaint

Steve or Cory,

As required by local rule, we are conferring with you on the filing of the attached First Amended Complaint.  The attached is final although there may be some formatting before filing with a motion if that is the route we must take.  Let us know if you'll agree to the filing of the attached and that will obviate the need for a motion to amend (due tomorrow).  Exhibits are not attached, but if you need those in order to make your decision let me know and I'll round them up right now.  They haven't changed much if at all since the original complaint.

Thanks,
Larry



**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2046
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

<span style="color:red">Exhibit A</span>

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

Exhibit A