

# INTERPATH LABORATORY

**Summary** (as of 10/8/2023)

| | |
|---|---:|
| **Total Charges:** | $277.11 |
| **Insurance & Adjustments:** | - $223.71 |
| **Previously Paid:** | - $0.00 |

ACCOUNT #: **3360376**
ACCESS PIN CODE **VYW4059922**
INSURANCE PROVIDER: UMR 39026

| **Total Balance** | **$53.40** |
|---|---:|
| Payable Upon Receipt | |



Pay and Enroll in Paperless Billing:
**https://iweb.interpathlab.com/billpay/login**
Questions / Pay By Phone: 1-(866) 289-4093

Office Hours: 8:00am-5:00pm pst Monday-Friday
Questions? Please email: billing@interpathlab.com

| DATE | DESCRIPTION | CODE | CHARGE | INS. PAID/ ADJUST | PATIENT PAID | BALANCE |
|---|---|---|---|---|---|---|
| **SERVICES FOR: NOLAN ANDERSON \| ACCOUNT #: _3360376_ \| ORDERING PROVIDER: LUJAN** | | | | | | |
| 8/15/2023 | MAGNESIUM | DED | $24.57 | - $20.36 | -$0.00 | $4.21 |
| 8/15/2023 | GENERAL HEALTH | | | | | |
| | SCREEN | DED | $99.31 | - $79.32 | -$0.00 | $19.99 |
| **SERVICES FOR: NOLAN ANDERSON \| ACCOUNT #: _3360376_ \| ORDERING PROVIDER: LUJAN** | | | | | | |
| 8/16/2023 | DRAW FEE | DED | $17.00 | - $16.99 | -$0.00 | $0.01 |
| 8/16/2023 | CALCIUM | DED | $15.12 | - $11.88 | -$0.00 | $3.24 |
| 8/16/2023 | PARATHORMONE | DED | $121.11 | - $95.16 | -$0.00 | $25.95 |
| | _DED =APPLIED TO DEDUCTIBLE._ | | | | | |

| **Total Balance** | **$53.40** |
|---|---:|

YOUR ACCOUNT IS CURRENTLY PAST DUE.Making payments does not qualify you for a payment plan, please contact us for further payment plan details.*You can also make payments online with our new user friendly patient billing portal.Set up to receive electronic statements, view payment and test history and much more.Please visit www.interpathlab.com and click on Patient Bill Pay

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Detach this coupon and return with your payment. - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INTERPATH LABORATORY

| STATEMENT DATE | ACCOUNT # | DUE DATE |
|---|---|---|
| 10/8/2023 | 3360376 | UPON RECEIPT |
| **AMOUNT DUE** | **SHOW AMOUNT PAID HERE** | |
| $53.40 | | |

PO BOX 102691
PASADENA, CA. 91189



Pay and Enroll in Paperless Billing:
**https://iweb.interpathlab.com/billpay/login**
Questions / Pay By Phone: 1-(866) 289-4093

☐  Check if address/Insurance changes are on back.

ISA1008C ***   7000004096 00.0014.0084 4026/1
4026 1 AB 0.537 *** AUTO  ALL FOR AADC 990



NOLAN ANDERSON
8112 N CROWN POINTE ST UNIT 301
POST FALLS ID 83854-4877

**PLEASE MAKE CHECKS PAYABLE TO:**

INTERPATH LABORATORY, INC.
PO BOX 102691
PASADENA, CA 91189

102691 000000000360376 0000005340 4

<span style="color:red">Exhibit A-1</span>