> On Oct 22, 2023, at 10:45 AM, Nolan Anderson <nk.anderson95@yahoo.com> wrote:
>
> Hello,
>
> I am emailing in reference to the below bill:
>
> Account #3360376
> Access Pin #VYW4059922
>
> I underwent an in-house blood draw immediately following my 8/15/2023 appointment with Dr. Lujan at Prairie Family Medicine. That same afternoon, I received a call stating that the tech did not draw enough blood for the testing and that I needed to come back in. Due to the inconvenience, I was assured that I would not be charged for services arising out of coming back in. I scheduled an appointment to draw more blood the next day on 8/16/2023. I see that my bill includes charges for 8/16/2023. I think these have been billed in error as I was assured I would not be charged for the tech's mistake of not drawing enough blood.
>
> Please advise,
>
> Nolan


On October 26, 2023 at 9:55 PM GMT+8 nk.anderson95@yahoo.com wrote:

CAUTION: This email was sent from outside of Adaugeo, Interpath, Praxis. Please use caution when clicking links or opening attachments. If in doubt, do not.

Following up on the below. Please advise.

Sent from my iPhone


On Oct 26, 2023, at 12:59 PM, Interpath Laboratory Billing Office <billing@interpathlab.com> wrote:

Hi!

Upon checking the account, the charges for the labs on 08/16/2023 and 08/15/2023 are different services. If we need to write off the charges, we need a confirmation first from the provider or from Prairie Family Medicine on which charges to adjust. Please coordinate with your doctor's office first about the matter, and if they need to submit it in error in case it was a duplicate, then we would need a call from them directly.

Thank you!

—
Interpath Laboratory Billing Office
Billing@interpathlab.com
Ph: 866-289-4093
Fax: 541-278-8304
Mailing Address:
PO Box 1208
Pendleton, OR 97801

To make payments online visit https://iweb.interpathlab.com/BillPay/Login .


<New Interpath Logo.JPG>

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, Distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication.


On November 7, 2023 at 4:55 AM GMT+8 nk.anderson95@yahoo.com wrote:

CAUTION: This email was sent from outside of Adaugeo, Interpath, Praxis. Please use caution when clicking links or opening attachments. If in doubt, do not.

Hello,

Prairie family medicine said they would reach out to fix the bill. Will you please issue a new bill?

Nolan

Sent from my iPhone

<span style="color:red">Exhibit B-1</span>

On Nov 7, 2023, at 10:22 AM, Interpath Laboratory Billing Office <billing@interpathlab.com> wrote:

Hi!

We can issue a new bill once we received Prairie Family's response on this matter.

Thank you!

—
Interpath Laboratory Billing Office
Billing@interpathlab.com
Ph: 866-289-4093
Fax: 541-278-8304
Mailing Address:
PO Box 1208
Pendleton, OR 97801

To make payments online visit https://iweb.interpathlab.com/BillPay/Login .

On November 16, 2023 at 4:16 AM GMT+8 nk.anderson95@yahoo.com wrote:

**CAUTION:** This email was sent from outside of Adaugeo, Interpath, Praxis. Please use ca

Hello,

Has Prairie Family reached out to you yet to correct the amount?

Nolan

Sent from my iPhone

On Nov 16, 2023, at 10:20 AM, Claire Anne Esperanzate <billing@interpathlab.com> wrote:

Hi!

No, we have received any contract from them yet.

*Claire E.* | Laboratory Patient Billing Support
2460 SW Perkins Ave | P.O. Box 1208 | Pendleton, Oregon 97801
Tel: 866-289-4093 | Fax: 54-.278-8304
Email: ceesperanzate@AdaugeoHealthcare.com
<VCSDVS.jpg>

Exhibit B-2

On January 1, 2024 at 10:35 PM GMT+8 nk.anderson95@yahoo.com wrote:

CAUTION: This email was sent from outside of Adaugeo, Interpath, Praxis. Please use caution when clicking links or opening attachments. If in doubt, do not.

Hello,

Prairie family medicine has assured me twice now that they reached out to Interpath to fix the bill. Yet I have not received a bill reflecting an updated amount. I am disappointed in your decision to send the bill to collections without any dialogue with myself or Prairie, particularly given your actual knowledge that Prairie Family Medicine has acknowledged that the sum is incorrect. Given our discussion below you should have reached out to myself or Prairie before sending the bill to collections to ensure the billed amount was correct.

I hereby request that you retract the incorrect bill and related unlawful collection, contact Prairie Family Medicine to correct the bill, and transmit the corrected bill to me for payment.

I expressly reserve all rights to seek legal relief.

Nolan


**From:** Claire Anne Esperanzate <billing@interpathlab.com>
**Date:** January 4, 2024 at 9:41:00 AM EST
**To:** Nolan Anderson <nk.anderson95@yahoo.com>
**Subject: Re: Billing Issue**
**Reply-To:** billing@interpathlab.com

Good day!

The balance on the account reflects the same amount as we haven't had any contact from the clinic regarding any write-off requests. The system automatically forwards any balance on the account that remains unresolved or outstanding to a collections agency after 90 days from the received date from the insurance. To further clarify, it does look like no incorrect bill was forwarded to us.
The services for 08/15/2023 reflect:

- Magnesium
- General Health Screen (this is the bundled service for TSH with FT4 Reflex, CBC, and Comprehensive Metabolic Panel)


As for 08/16/2023, we have it listed under:

- Parathormone
- Calcium
- Draw Fee


The balance had then been processed as deductible by United Healthcare. If you feel that this is incorrect, please raise it directly to Prairie Family Medicine to clarify and confirm if they did bill it incorrectly with us.

Regards,

Exhibit B-3