

# INTERPATH
## LABORATORY

**ACCOUNT #: 3360376**
**ACCESS PIN CODE VYW4059922**
**INSURANCE PROVIDER: UMR 39026**

Pay and Enroll in Paperless Billing:
**https://iweb.interpathlab.com/billpay/login**
Questions / Pay By Phone: 1-(866) 289-4093

**Summary** (as of 11/9/2023)

| | |
|---|---|
| **Total Charges:** | $277.11 |
| **Insurance & Adjustments:** | - $223.71 |
| **Previously Paid:** | - $0.00 |

| | |
|---|---|
| **Total Balance** | **$53.40** |
| Payable Upon Receipt | |

Office Hours: 8:00am-5:00pm pst Monday-Friday
Questions? Please email: billing@interpathlab.com

| DATE | DESCRIPTION | CODE | CHARGE | INS. PAID/ ADJUST | PATIENT PAID | BALANCE |
|---|---|---|---|---|---|---|
| SERVICES FOR: NOLAN ANDERSON \| ACCOUNT #: 3360376 \| ORDERING PROVIDER: LUJAN | | | | | | |
| 8/15/2023 | MAGNESIUM | DED | $24.57 | - $20.36 | -$0.00 | $4.21 |
| 8/15/2023 | GENERAL HEALTH | | | | | |
| | SCREEN | DED | $99.31 | - $79.32 | -$0.00 | $19.99 |
| SERVICES FOR: NOLAN ANDERSON \| ACCOUNT #: 3360376 \| ORDERING PROVIDER: LUJAN | | | | | | |
| 8/16/2023 | DRAW FEE | DED | $17.00 | - $16.99 | -$0.00 | $0.01 |
| 8/16/2023 | CALCIUM | DED | $15.12 | - $11.88 | -$0.00 | $3.24 |
| 8/16/2023 | PARATHORMONE | DED | $121.11 | - $95.16 | -$0.00 | $25.95 |
| | *DED =APPLIED TO DEDUCTIBLE.* | | | | | |

| | |
|---|---|
| **Total Balance** | **$53.40** |

*FINAL NOTICE*To prevent further action being taken on your account, REMIT PAYMENT IN FULL within 15 days of the statement date* Simply making monthly payments does not qualify you for a payment plan, please contact us for further payment plan details.*You can also make payments online with our new user friendly patient billing portal.Set up to receive electronic statements, view payment and test history and much more.Please visit www.interpathlab.com and click on Patient Bill Pay*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - Detach this coupon and return with your payment. - - - - - - - - - - - - - - - - - - - - - - - - - - - -



# INTERPATH
## LABORATORY

PO BOX 102691
PASADENA, CA. 91189

Pay and Enroll in Paperless Billing:
**https://iweb.interpathlab.com/billpay/login**
Questions / Pay By Phone: 1-(866) 289-4093

| STATEMENT DATE | ACCOUNT # | DUE DATE |
|---|---|---|
| 11/9/2023 | 3360376 | UPON RECEIPT |
| AMOUNT DUE | SHOW AMOUNT PAID HERE | |
| $53.40 | | |

☐ Check if address/Insurance changes are on back.

ISA1109C *** 7000000066 00.0002.0003 62/1
62 1 MB 0.561 *** AUTO MIXED AADC 604



NOLAN ANDERSON
3 WINDMILL CT
PLAINSBORO NJ 08536-3146

**PLEASE MAKE CHECKS PAYABLE TO:**

INTERPATH LABORATORY, INC.
PO BOX 102691
PASADENA, CA 91189

102691 000000000330376 0000005340 4

<span style="color:red">Exhibit C-1</span>

If any of the following has changed since your last statement, please indicate

| Your Name (Last, First, Middle Initial) | | | Date of Birth | Your PRIMARY Insurance Company's Name | Policyholder's ID # | Group Plan # |
|---|---|---|---|---|---|---|
| Address | | | | Primary Insurance Company's Address | | |
| City | State | Zip | | City | State | Zip |
| Telephone | Social Security # | | | Policyholder Name | Date of Birth | Sex |
| Employer's Name | Telephone | | | Your SECONDARY Insurance Company's Name | Policyholder's ID # | Group Plan # |
| Employer's Address | | | | Secondary Insurance Company's Address | | |
| City | State | Zip | | City | State | Zip |
| Please Indicate If Applicable: ☐ Auto Accident ☐ Worker's Compensation | | | | Policyholder Name | Date of Birth | Sex |
| Date of Injury | | | | | | |

Exhibit C-2