# INTERPATH LABORATORY

**ACCOUNT #: 3360376**
**ACCESS PIN CODE VYW4059922**
INSURANCE PROVIDER: UMR 39026

Pay and Enroll in Paperless Billing:
**https://iweb.interpathlab.com/billpay/login**
Questions / Pay By Phone: 1-(866) 289-4093

## Summary (as of 12/10/2023)

| | |
|---|---|
| **Total Charges:** | $277.11 |
| **Insurance & Adjustments:** | - $223.71 |
| **Previously Paid:** | - $0.00 |

| | |
|---|---|
| **Total Balance** | **$53.40** |
| Payable Upon Receipt | |

Office Hours: 8:00am-5:00pm pst Monday-Friday
Questions? Please email: billing@interpathlab.com

| DATE | DESCRIPTION | CODE | CHARGE | INS. PAID/ ADJUST | PATIENT PAID | BALANCE |
|---|---|---|---|---|---|---|
| SERVICES FOR: NOLAN ANDERSON | ACCOUNT #: 3360376 | ORDERING PROVIDER: LUJAN | | | | | |
| 8/15/2023 | MAGNESIUM | DED | $24.57 | - $20.36 | -$0.00 | $4.21 |
| 8/15/2023 | GENERAL HEALTH | | | | | |
| | SCREEN | DED | $99.31 | - $79.32 | -$0.00 | $19.99 |
| SERVICES FOR: NOLAN ANDERSON | ACCOUNT #: 3360376 | ORDERING PROVIDER: LUJAN | | | | | |
| 8/16/2023 | DRAW FEE | DED | $17.00 | - $16.99 | -$0.00 | $0.01 |
| 8/16/2023 | CALCIUM | DED | $15.12 | - $11.88 | -$0.00 | $3.24 |
| 8/16/2023 | PARATHORMONE | DED | $121.11 | - $95.16 | -$0.00 | $25.95 |
| | *DED =APPLIED TO DEDUCTIBLE.* | | | | | |

| | |
|---|---|
| **Total Balance** | **$53.40** |

*COLLECTIONS*YOUR ACCOUNT MAY HAVE BEEN TURNED TO COLLECTIONS.PLEASE PAY YOUR BALANCE IN FULL IMMEDITELY TO PREVENT ANY INTEREST, FEES OR CREDIT REPORTING.PAY BY PHONE 1-866-289-4093 OPTION 1 OR VISIT US AT https://iweb.interpathlab.com/BillPay/Login

-------------------------------------------------------------------------

Detach this coupon and return with your payment.

 INTERPATH LABORATORY

PO BOX 102691
PASADENA, CA. 91189

Pay and Enroll in Paperless Billing:
**https://iweb.interpathlab.com/billpay/login**
Questions / Pay By Phone: 1-(866) 289-4093

| STATEMENT DATE | ACCOUNT # | DUE DATE |
|---|---|---|
| 12/10/2023 | 3360376 | UPON RECEIPT |
| AMOUNT DUE | SHOW AMOUNT PAID HERE | |
| $53.40 | | |

☐   Check if address/Insurance changes are on back.

ISA1210B ***   7000000002 00.0001.0002 2/1
2 1 MB 0.561 *** AUTO  MIXED AADC 604

 NOLAN ANDERSON
3 WINDMILL CT
PLAINSBORO NJ 08536-3146

**PLEASE MAKE CHECKS PAYABLE TO:**

INTERPATH LABORATORY, INC.
PO BOX 102691
PASADENA, CA 91189

102691 000000000360376 0000005340 4

Exhibit D-1

If any of the following has changed since your last statement, please indicate

| Your Name (Last, First, Middle Initial) | | | Date of Birth | Your PRIMARY Insurance Company's Name | | Policyholder's ID # | Group Plan # |
|---|---|---|---|---|---|---|---|
| Address | | | | Primary Insurance Company's Address | | | |
| City | State | Zip | | City | | State | Zip |
| Telephone | Social Security # | | | Policyholder Name | | Date of Birth | Sex |
| Employer's Name | Telephone | | | Your SECONDARY Insurance Company's Name | | Policyholder's ID # | Group Plan # |
| Employer's Address | | | | Secondary Insurance Company's Address | | | |
| City | State | Zip | | City | | State | Zip |
| Please Indicate if Applicable: ☐ Auto Accident ☐ Worker's Compensation | | | | Policyholder Name | | Date of Birth | Sex |
| Date of Injury | | | | | | | |

<span style="color:red">Exhibit D-2</span>