Bonneville Collections
PO Box 150621
Ogden, UT 84415-0621
801-621-0621 or 888-777-5384
Monday-Thursday 8am-8pm MST
Friday 8am-5pm • Saturday 8am-11am
bonnevilleinfo.com

**To:**   Nolan Anderson
3 Windmill Ct
Plainsboro NJ 08536-3146

**Reference #: 10467796**

December 19, 2023

**Bonneville Collections is a debt collector.** We are trying to collect a debt that you owe to Interpath Laboratory. We will use any information you give us to help collect the debt.

## Our information shows:

| | |
|---|---|
| As of 12-10-23, you owed:<br>Interpath Laboratory | $53.40 |
| Between 12-10-23 and today: | |
| You were charged this amount in interest: + | $0.00 |
| You were charged this amount in fees: + | $0.00 |
| You paid or were credited this amount toward the debt: – | $0.00 |
| **Total amount of the debt now:** | **$53.40** |

## How can you dispute the debt?

- **Call or write to us by February 02, 2024, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

- **If you write to us by February 02, 2024,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write us without the form. You may also include supporting documents.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by February 02, 2024, we must stop collection until we send you that information. You may use the form below or write to us without the form.

- **Go to www.cfpb.gov/debt-collection to learn more about your rights under the federal law.** For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options or visit bonnevilleinfo.com.

PO Box 150621
Ogden UT 84415-0621

CHANGE SERVICE REQUESTED

## How do you want to respond?

*Check all that apply:*
☐ **I want to dispute the debt because I think:**
  ☐ This is not my debt.
  ☐ The amount is wrong.
  ☐ Other (please include additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount:**   $ _____

Make your check payable to Bonneville Collections. Include the reference number 10467796

**Mail this form to:**
Bonneville Collections
PO Box 150621
Ogden UT 84415-0621



Nolan Anderson
3 Windmill Ct
Plainsboro NJ 08536-3146

<span style="color:red">Exhibit E-1</span>