**INTERPATH** LABORATORY

Billing Questions/Payment Arrangements:

Phone: (866) 289-4093 Toll-free

Hours: 8:00am-5:00pm pst Monday-Friday

| SERVICES FOR: NOLAN ANDERSON | | ACCT#: 3360376 |
|---|---|---|
| CHECK CARD USING FOR PAYMENT | | STATEMENT |
| VISA ☐   MasterCard ☐   DISCOVER ☐ | | 21336384 |
| VISA   MASTERCARD   DISCOVER | | |
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | DUE UPON RECEIPT | ENTER AMOUNT PAID |
|---|---|---|
| 02/07/2024 | $36.40 | $ |

MAKE CHECKS PAYABLE TO:

NOLAN ANDERSON
3 WINDMILL CT
PLAINSBORO, NJ 85363

INTERPATH LABORATORY, INC.
PO BOX 1208
PENDLETON, OR  97801

Detach and Return this Portion with your Payment.  Retain bottom portion for your records.

## STATEMENT DETAIL

| DATE | DESCRIPTION | ORDERING PROVIDER | CHARGES | PAYER PAYMENTS | PATIENT PAYMENTS | ADJUSTMENTS | BALANCE | CODE |
|---|---|---|---|---|---|---|---|---|
| 08/15/2023 | MAGNESIUM | LUJAN | $24.57 | | | ($20.36) | $4.21 | DED |
| 08/15/2023 | GENERAL HEALTH SCREEN | LUJAN | $99.31 | | | ($79.32) | $19.99 | DED |
| 08/16/2023 | DRAW FEE | LUJAN | $17.00 | | | ($33.99) | $(16.99) | DED |
| 08/16/2023 | CALCIUM | LUJAN | $15.12 | | | ($11.88) | $3.24 | DED |
| 08/16/2023 | PARATHORMONE | LUJAN | $121.11 | | | ($95.16) | $25.95 | DED |

Pay at https://iweb.interpathlab.com/BillPay/Login ACCOUNT# 3360376 ACCESS PIN CODE VYW4059922

Phone: 1(866) 289-4093  https://iweb.interpathlab.com/BillPay/Login

LEGEND

DED  = APPLIED TO DEDUCTIBLE.

PAYMENT DETAIL

| 09/05/2023 | UMR 39026 | Ref#:  UH5502324010177NOCHECK | $0.00 |
|---|---|---|---|
| 09/05/2023 | UMR 39026 | Ref#:  UH5502324016384NOCHECK | $0.00 |

MESSAGES

*COLLECTIONS*

YOUR ACCOUNT MAY HAVE BEEN TURNED TO COLLECTIONS.  PLEASE PAY YOUR BALANCE IN FULL IMMEDITELY TO PREVENT
ANY INTEREST, FEES OR CREDIT REPORTING.

PAY BY PHONE 1-866-289-4093 OPTION 1 OR VISIT US AT https://iweb.interpathlab.com/BillPay/Login

| AMOUNT DUE |
|---|
| $36.40 |

Exhibit F-1



**INTERPATH**
LABORATORY

2460 SW Perkins Avenue
Pendleton, OR 97801

**Address Service Requested**



UNITED STATES POSTAGE

$ 000.64

02 1P
0000906007    FEB 08 2024
MAILED FROM ZIP CODE 97801

0853643146 C002

Exhibit F-2