# INTERPATH LABORATORY

**Summary** (as of 2/25/2024)

| | |
|---|---:|
| **Total Charges:** | $260.11 |
| **Insurance & Adjustments:** | - $206.72 |
| **Previously Paid:** | - $0.00 |

**ACCOUNT #: 3360376**
**ACCESS PIN CODE VYW4059922**
**INSURANCE PROVIDER: UMR 39026**

| **Total Balance** | **$53.39** |
|---|---:|
| Payable Upon Receipt | |



Pay and Enroll in Paperless Billing:
**https://iweb.interpathlab.com/billpay/login**
Questions / Pay By Phone: 1-(866) 289-4093

Office Hours: 8:00am-5:00pm pst Monday-Friday
Questions? Please email: billing@interpathlab.com

| DATE | DESCRIPTION | CODE | CHARGE | INS. PAID/ ADJUST | PATIENT PAID | BALANCE |
|---|---|---|---|---|---|---|
| **SERVICES FOR: NOLAN ANDERSON | ACCOUNT #: *3360376* | ORDERING PROVIDER: LUJAN** | | | | | |
| 8/15/2023 | MAGNESIUM | DED | $24.57 | - $20.36 | -$0.00 | **$4.21** |
| 8/15/2023 | GENERAL HEALTH | | | | | |
| | SCREEN | DED | $99.31 | - $79.32 | -$0.00 | **$19.99** |
| **SERVICES FOR: NOLAN ANDERSON | ACCOUNT #: *3360376* | ORDERING PROVIDER: LUJAN** | | | | | |
| 8/16/2023 | CALCIUM | DED | $15.12 | - $11.88 | -$0.00 | **$3.24** |
| 8/16/2023 | PARATHORMONE | DED | $121.11 | - $95.16 | -$0.00 | **$25.95** |
| | *DED =APPLIED TO DEDUCTIBLE.* | | | | | |

| **Total Balance** | **$53.39** |
|---|---:|

*COLLECTIONS*YOUR ACCOUNT MAY HAVE BEEN TURNED TO COLLECTIONS.PLEASE PAY YOUR BALANCE IN FULL IMMEDITELY TO PREVENT ANY INTEREST, FEES OR CREDIT REPORTING.PAY BY PHONE 1-866-289-4093 OPTION 1 OR VISIT US AT https://iweb.interpathlab.com/BillPay/Login

---

Detach this coupon and return with your payment.

## INTERPATH LABORATORY

| STATEMENT DATE | ACCOUNT # | DUE DATE |
|---|---|---|
| 2/25/2024 | 3360376 | UPON RECEIPT |
| **AMOUNT DUE** | **SHOW AMOUNT PAID HERE** | |
| $53.39 | | |

PO BOX 102691
PASADENA, CA. 91189



Pay and Enroll in Paperless Billing:
**https://iweb.interpathlab.com/billpay/login**
Questions / Pay By Phone: 1-(866) 289-4093

☐ Check if address/Insurance changes are on back.

ISF0225B ***   7000000022 00.0002.0018 22/1
22 1 MB 0.571 *** AUTO  MIXED AADC 604



NOLAN ANDERSON
3 WINDMILL CT
PLAINSBORO NJ 08536-3146

**PLEASE MAKE CHECKS PAYABLE TO:**

INTERPATH LABORATORY, INC.
PO BOX 102691
PASADENA, CA 91189

102691 000000000336O376 0000005339 6

Exhibit G-1