WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
CORY M. CARONE, Bar No. 11422
cory.carone@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

THOMAS R. JOHNSON (*Pro Hac Vice*)
tom.johnson@stoel.com
STEPHEN H. GALLOWAY (*Pro Hac Vice*)
stephen.galloway@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NOLAN ANDERSON, on behalf of himself individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERPATH LABORATORY, INC., an Oregon corporation, and PRAXIS HEALTH, P.C., an Oregon Professional Corporation,<br><br>Defendants. | Case No. 2:24-cv-00341-AKB<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME |

Defendants Interpath Laboratory, Inc. and Praxis Health, P.C., (collectively, "Defendants")

in accordance with  Loc. Civ. R. 6.1(a), respectfully request that the Court enter an order extending

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME - 1
153721132.1 0067750-00002

the time to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint to September 4, 2026. In support of this motion, Defendants state as follows:

1.　　Plaintiff filed a First Amended Class Action Complaint with this Court on July 22, 2026. (Dkt. 43.)

2.　　Defendants were served with the First Amended Class Action Complaint through the CM/ECF system on the same day.

3.　　Absent an extension, Defendants' deadline to answer or otherwise respond to the First Amended Class Action Complaint is August 5, 2026.

4.　　This request is not made for the purpose of delay or harassment, and no party will be prejudiced by the additional time for Defendants to answer or otherwise respond.

5.　　Defendants are requesting the additional 30 days in order to evaluate the significantly expanded claims in the First Amended Class Action Complaint, which increased from two claims in the initial Complaint to eleven claims in the First Amended Complaint.

6.　　This is Defendants' first request for an extension of time to answer or otherwise response to the First Amended Class Action Complaint. A proposed order will be submitted for the Court's signature.

7.　　Defendants conferred with counsel for Plaintiff, who does not oppose this motion for a thirty-day extension of time.

8.　　WHEREFORE, Defendants respectfully request that the Court issue an order extending the time for Defendants to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint until September 4, 2026.

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME - 2
153721132.1 0067750-00002

DATED:  July 27, 2026                    STOEL RIVES LLP


                                         /s/ *Wendy J. Olson*
                                         Wendy J. Olson
                                         Cory M. Carone
                                         Tom R. Johnson, Jr.
                                         Stephen H. Galloway

                                         *Attorneys for Defendants*

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME - 3
153721132.1 0067750-00002