UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NOLAN ANDERSON, on behalf of himself individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERPATH LABORATORY, INC., an Oregon corporation, and PRAXIS HEALTH, P.C., an Oregon Professional Corporation,<br><br>Defendants. | Case No. 2:24-cv-00341-AKB<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

THIS MATTER having come before the Court on Defendants Interpath Laboratory, Inc. and Praxis Health, P.C.'s Unopposed Motion for Extension of time, and good cause appearing therefore;

IT IS HEREBY ORDERED that Defendants Interpath Laboratory, Inc. and Praxis Health, P.C. may answer or otherwise respond to Plaintiff Nolan Anderson's First Amended Class Action Complaint on or before **September 4, 2026**.

DATED: July 28, 2026

*Amanda K. Brailsford*

Amanda K. Brailsford
U.S. District Court Judge

**ORDER - 1**