WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
CORY M. CARONE, Bar No. 11422
cory.carone@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

TOM R. JOHNSON, JR. (*Pro Hac Vice*)
tom.johnson@stoel.com
STEPHEN H. GALLOWAY (*Pro Hac Vice*)
stephen.galloway@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

NOLAN ANDERSON, on behalf of himself individually, and on behalf of all others similarly situated,

Plaintiff,

v.

INTERPATH LABORATORY, INC., an Oregon corporation, and PRAXIS HEALTH, P.C., an Oregon Professional Corporation,

Defendants.

Case No. 2:24-cv-00341-AKB

**DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendants Interpath Laboratory, Inc. and Praxis Health, P.C., in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss Counts 2, 4, 6, 8, 9, and

10 in the First Amended Class Action Complaint (Dkt. 43) for failure to state a claim upon which relief can be granted.[1]

WHEREFORE, Defendants request that the Court dismiss Counts 2, 4, 6, 8, 9, and 10 in the First Amended Class Action Complaint (Dkt. 43) with prejudice, enter judgment in Defendants' favor against Plaintiff, and award Defendants their costs incurred in defending this action and all other appropriate relief.

DATED: September 4, 2026

STOEL RIVES LLP

/s/ *Cory M. Carone*
Wendy J. Olson
Cory M. Carone
Tom R. Johnson, Jr.
Stephen H. Galloway

*Attorneys for Defendants*

[1] Defendants recognize the Court's policy that parties confer before filing motions directed to pleading deficiencies under *Twombly* and *Iqbal*. Defendants did not do so here because the motion primarily challenges the legal viability of several claims, not merely the sufficiency of the facts alleged to support them. Accordingly, Defendants believe that motion practice would be necessary even if further factual allegations were added to the pleading.