5/06

Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

Nolan Anderson, on behalf of himself individually, and on behalf of all others similarly situated,

v.

Interpath Laboratory, Inc. an Oregon corporation and Praxis Health, P.C., an Oregon Professional Corporation,

Case No. 2:24-cv-00341-AKB

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Blair Zigler, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Plaintiff, Nolan Anderson and the putative class.

The applicant hereby attests as follows:

1. Applicant resides in Illinois, and practices at the following address and phone number Zigler Law Group, LLC, 308 S. Jefferson, Suite 333, Chicago, IL 60661; (312) 754-0976.

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
| --- | --- |
| Illinois, Bar # 6357946 | Admitted 11/04/2026 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Jaren Wieland, a member in good standing of the bar of this court, of the firm of Mooney Wieland Warren, practices at the following office address and phone number: 512 W. Idaho Street, Suite 103, Boise, Idaho 83702; (208) 401-9219

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 11th day of November, 2026.

/s/ Blair Zigler
Applicant

/s/ Jaren Wieland
Designee

Signed under penalty of perjury.