# EXHIBIT 2

Joseph J. Lico
Robinson & Henry P.C.
8000 S. Chester Street, Suite 125
Centennial, CO 80112
Joseph@patriciajostone.com
(720) 597-3662 (phone)
*Attorneys for Defendant BBC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| NOLAN ANDERSON,<br>Plaintiff,<br><br>v.<br><br>INTERPATH LABORATORY, INC., an Oregon corporation and PRAXIS HEALTH, P.C, an Oregon Professional Corporation,<br>Defendants | **BONNEVILLE BILLING AND COLLECTIONS OBJECTIONS TO PLAINTIFF'S SUBPOENA TO TESTIFY AT A DEPOSITION AND REQUEST FOR PRODUCTION**<br><br>Case No.: 2:24-cv-00341-AKB |

COMES NOW, Bonneville Billing and Collections ("BBC") by counsel, and pursuant to Fed. R. Civ. P. 26, 30 and 34 hereby submits the following Objections to Plaintiff's Subpoena to Testify at a Deposition and Requests for Production

**<u>REQUESTS FOR PRODUCTION AND DEPOSITION TOPICS</u>**

1. The person with the most knowledge regarding Nolan Anderson's files identified in Your records as associated with [redacted] and Reference No. [redacted]7796.

Response: BBC's actions are not necessary or in dispute. Plaintiff's Complaint mentions BBC one time in Para. No. 30 where Plaintiff identifies a letter sent by BBC that was attached to Plaintiff's Complaint as Ex. E. BBC's actions are not necessary for any part of Plaintiff's lawsuit and can be considered nothing more than a fishing expedition meant ot hearass and annoy BBC.

2. All documents outside of Your files, including internal and external reporting, which reference Nolan Anderson.

Response: Objection. *See* Response to No. 1. A request for all documents outside of Your files is vague and unduly burdensome. Plaintiff has the letter that was the only action taken by BBC. Plaintiff's request should be served on Defendant as it is its action that Plaintiff complains were inappropriate.

3. All of Your internal and external communications regarding Nolan Anderson.

Response: Objection. *See* Responses to No. 1 and No. 2. BBC's communications with anyone other than the Defendants are irrelevant and thus unduly burdensome.

4. All of Your contracts or agreements between You and Interpath Laboratory, Inc. and/or Praxis Health, P.C.

Response: Objection. *See* Responses to No. 1, No. 2, and No. 3. Plaintiff's request for contracts should be borne by the Defendants, or part on Defendants' Initial Disclosures.

5. All instructions, policies, and guidelines You follow when processing an Interpath and/or Praxis account for collection.

Response: Objection. *See* Responses to No. 1, No. 2, and No. 3. BBC is not a Defendant in this lawsuit, and has not been alleged to have committed any wrongdoing. BBC's instructions, guidelines and policies are irrelevant and thus the request is unduly burdensome. BBC's documents do nothing to further Plaintiff's allegations that Defendants improperly assigned a matter for collections.

6. All instructions, policies, and guidelines You received from Interpath and/or Praxis regarding collection from their patients.

Response: Objection. *See* Response to No. 5.

7. All of Your internal and external communications with anyone regarding Your efforts to comply with the Idaho Patient Act when working on an Interpath and/or Praxis patient account.

Response: Objection. *See* Response to No. 5. BBC has not been alleged to have not complied with the Idaho Patient Act and is not a Defendant to this action. Its communications are irrelevant.

8. All internal and external communications regarding Interpath and/or Praxis plans, instructions, efforts, and actions taken to comply with the Idaho Patient Act.

Response: Objection. *See* Response to No. 5 and No. 7.

9. All of Your communications regarding this lawsuit.

Response: Objection. *See* Response to No. 5 and No. 7. In addition, this request requires BBC to violate attorney/ client privilege.

10. Documents sufficient to show the number of people for which You undertook a collection action for debt incurred with Interpath or Praxis by month for the last five years.

Response: *See* Response to No. 5 and No. 7. Any assignments from Defendants are better discovery questions for Defendants. BBC is not a party and this request is unduly burdensome on a non-party.

11. Documents relating to any complaint against You for violation of the Idaho Patient Act.

Response: Objection. *See* Response to No. 5 and No. 7. BBC is not a party and not alleged to have done anything improper. Plaintiff's requests are vague and unduly burdensome. A request for any complaint for violation of the Idaho Patient Act is irrelevant and not likely to lead to any admissible evidence

12. Documents sufficient to show the identity and number of Interpath and Praxis patients referenced in communications with any credit reporting agency.

Response: *See* Response to No. 5 and No. 7. Any assignments from Defendants are better discovery questions for Defendants. BBC is not a party and this request is unduly burdensome on a non-party.

13. Documents sufficient to show the number of people You charged interest in connection with the collection of debt incurred with Interpath or Praxis by month for the last five years.

Response: Objection. *See* Response to No. 5 and No. 7. BBC is not a party and not alleged to have done anything improper. Plaintiff's requests are vague and unduly burdensome. Any assignments from Defendants are better discovery questions for Defendants. BBC is not a party and this request is unduly burdensome on a non-party.

DATED this 18th day of May, 2026.

/s/ Joseph J. Lico

Joseph J. Lico, Esq.
Attorney for BBC