# EXHIBIT 3

**From:** Joe Lico <joe.lico@robinsonandhenry.com>
**Sent:** Friday, August 7, 2026 4:08 PM
**To:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Subject:** Re: Anderson v. Interpath Laboratory, Inc., Case No. 2:24-cv-00341-AKB // Correspondence re Discovery Dispute [SR-ACTIVE.FID5910700]

Here is some information for you.

Total of 152566 accounts assigned in the last 5 years.

Interpath uses the Telcor billing system to identify accounts that qualify for collections. A designated IT user has been assigned a unique local user account by Interpath and accesses their environment through a Citrix virtual desktop.

After logging into the Citrix desktop, the user opens the Telcor application and runs Interpath's standard collections extract report, which contains accounts that meet their established criteria for placement.

The user then uploads the report to Bonneville's secure web portal. No direct connection exists between the Interpath and Bonneville systems; data is transferred only through the secure web portal.

Once the file is received, it is imported into BBC's collections database. During the import process, the system performs validation checks and automatically generates an exception report identifying any errors or duplicate accounts that require further investigation. An additional user account has been assigned by Interpath to a designated client support individual to obtain itemized statements or verify payments made to the provider.

If additional support is needed, Interpath may be contacted via billing support email or via phone.

On Wed, Jul 29, 2026 at 10:43 AM Lawrence Ashe <larry@ziglerlawgroup.com> wrote:

Joe,

Just left you a voicemail. Please let me know whether you'll be filing a revised objection or responding to Mr. Zollinger's last email so that we may resolve the Bonneville subpoena.

Thank you,

Larry

**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**

p: (224) 480-2046
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Monday, June 22, 2026 3:42 PM
**To:** Joe Lico <joe.lico@robinsonandhenry.com>
**Subject:** RE: Anderson v. Interpath Laboratory, Inc., Case No. 2:24-cv-00341-AKB // Correspondence re Discovery Dispute [SR-ACTIVE.FID5910700]

Hi Joe,

Thanks for the update. I suppose we'll discuss it on Thursday.

Best,

Larry