# EXHIBIT 4

**From:** Joe Lico <joe.lico@robinsonandhenry.com>
**Sent:** Thursday, August 27, 2026 11:16 PM
**To:** Zach Zollinger <Zach_Zollinger@id.uscourts.gov>
**Cc:** Lawrence Ashe <larry@ziglerlawgroup.com>; Tom Johnson <tom.johnson@stoel.com>; Defense.Interpath <Defense.Interpath@ziglerlawgroup.com>
**Subject:** Re: Anderson v. Interpath Laboratory, Inc., Case No. 2:24-cv-00341-AKB // Correspondence re Discovery Dispute [SR-ACTIVE.FID5910700]

Good evening,

I apologize for not responding sooner. We have had a number of cases spiral quickly with new suits and preliminary injunction hearings. No excuses - I just wanted to let you know why there was a delay. That being said, I am not sure further discussion will be beneficial. I am happy to try but I have provided some information and some details - including the fact there are over 150,000 accounts and communications can only be determined on an account by account basis. My Client also has no intent on providing any policy or procedure as a non-party.

I have not seen any new proposed subpoena regarding the topics so I am not sure how anything is different. I am still willing to work with everyone but based on the volume of accounts alone, without some type of modification that can accurately allow for a fair assumption of my Client's costs this will have to go the judge.

I have some afternoon time later next week if there is a time everyone is free.

Thank you.

--
**Joe Lico**
Partner | Robinson & Henry, P.C.
Main: (303) 688-0944 | Direct: (720) 597-3662
Fax: (303) 284-2942
8000 South Chester Street, Suite 125
Centennial, CO 80112
Email: joe.lico@RobinsonAndHenry.com
RobinsonAndHenry.com
Licensed in Colorado, Arizona, Utah and Idaho

---

On Tue, Aug 18, 2026 at 1:16 PM Zach Zollinger <Zach_Zollinger@id.uscourts.gov> wrote:

I am free Thursday afternoon this week and have very good availability next Monday if those times work for a call on the subpoenas.

Zach

**Zach Zollinger**
**Career Clerk**
**Chief Judge Amanda K. Brailsford**
**U.S. Courts, District of Idaho**
Zach_Zollinger@id.uscourts.gov

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Monday, August 10, 2026 2:43 PM
**To:** Zach Zollinger <Zach_Zollinger@id.uscourts.gov>; Tom Johnson <tom.johnson@stoel.com>
**Cc:** Defense.Interpath <Defense.Interpath@ziglerlawgroup.com>; Joe Lico <joe.lico@robinsonandhenry.com>