# EXHIBIT 5

WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
CORY M. CARONE, Bar No. 11422
cory.carone@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

TOM R. JOHNSON, JR. (*Pro Hac Vice*)
tom.johnson@stoel.com
STEPHEN H. GALLOWAY (*Pro Hac Vice*)
stephen.galloway@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

NOLAN ANDERSON, on behalf of himself individually, and on behalf of all others similarly situated,

Plaintiff,

v.

INTERPATH LABORATORY, INC., an Oregon corporation, and PRAXIS HEALTH, P.C., an Oregon Professional Corporation,

Defendants.

Case No. 2:24-cv-00341-AKB

**INTERPATH LABORATORY, INC.'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION**

COMES NOW Defendant Interpath Laboratory, Inc. ("Interpath Laboratory"), by and through its counsel of record Stoel Rives LLP and, pursuant to Federal Rules of Civil Procedure

**<u>REQUEST FOR PRODUCTION NO. 2</u>**: Interpath's billing records concerning Plaintiff including, without limitation, invoices, proof of payment, and any other records relating to or concerning invoices prepared by Interpath (whether or not sent to Plaintiff), or payments received from Plaintiff, during the Relevant Period.

**<u>RESPONSE</u>**: Interpath Laboratory objects to this Request for Production on the basis that it is irrelevant, overbroad, unduly burdensome, and not proportional to the needs of the case. Interpath Laboratory further objects that the definition of "Relevant Period" seeks information prior to and after Plaintiff's medical visits at issue. Notwithstanding these objections, Interpath Laboratory will produce any responsive Documents related to Plaintiff's medical visits on August 15, 2023 and August 16, 2023.

**<u>FIRST SUPPLEMENTAL RESPONSE</u>**: Interpath Laboratory objects to this Request for Production on the basis that it is irrelevant, overbroad, unduly burdensome, and not proportional to the needs of the case. Interpath Laboratory further objects that the definition of "Relevant Period" seeks information prior to and after Plaintiff's medical visits at issue. Notwithstanding these objections, please see the documents produced contemporaneously herewith related to Plaintiff's medical visits on August 15, 2023, and August 16, 2023.

**<u>REQUEST FOR PRODUCTION NO. 3</u>**: Documents supporting Interpath's decision to refer Plaintiff's account to Bonneville Collections and all Documents indicating that decision.

**<u>RESPONSE</u>**: Interpath Laboratory objects to this Request for Production on the basis that it is irrelevant, overbroad, unduly burdensome, not proportional to the needs of the case, vague and ambiguous as to the phrase "supporting Praxis's decision," and seeks information protected by the attorney-client privilege. Interpath Laboratory further objects that the definition of "Relevant Period" seeks information prior to and after Plaintiff's medical visits at issue.

Notwithstanding these objections, Interpath Laboratory will produce any nonprivileged, responsive Documents related to Plaintiff's medical visits on August 15, 2023 and August 16, 2023.

**FIRST SUPPLEMENTAL RESPONSE**: Interpath Laboratory objects to this Request for Production on the basis that it is irrelevant, overbroad, unduly burdensome, not proportional to the needs of the case, vague and ambiguous as to the phrase "supporting Praxis's decision," and seeks information protected by the attorney-client privilege. Interpath Laboratory further objects that the definition of "Relevant Period" seeks information prior to and after Plaintiff's medical visits at issue. Notwithstanding these objections, Interpath Laboratory responds that it has not located any responsive documents related to Plaintiff's medical visits on August 15, 2023, and August 16, 2023.

**REQUEST FOR PRODUCTION NO. 4**: Interpath's contract with Bonneville Collections during the Relevant Period.

**RESPONSE**: Interpath Laboratory objects to this Request for Production on the basis that it is irrelevant, overbroad, unduly burdensome, and not proportional to the needs of the case. Interpath Laboratory further objects that the definition of "Relevant Period" seeks information prior to and after Plaintiff's medical visits at issue.

**FIRST SUPPLEMENTAL RESPONSE**: Interpath Laboratory objects to this Request for Production on the basis that it is irrelevant, overbroad, unduly burdensome, and not proportional to the needs of the case. Interpath Laboratory further objects that the definition of "Relevant Period" seeks information prior to and after Plaintiff's medical visits at issue. Notwithstanding these objections, please see the documents produced contemporaneously herewith related to Plaintiff's medical visits on August 15, 2023, and August 16, 2023.

proportional to the needs of the case. Interpath Laboratory further objects that the definition of "Relevant Period" seeks information prior to Plaintiff's medical visits at issue. Notwithstanding these objections, please see the documents produced contemporaneously herewith related to Interpath Laboratory's billing policies from August 2023 to the present.

DATED: February 28, 2025

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson

*Attorneys for Defendants*