# EXHIBIT 7

Nolan Anderson
[redacted]

January 2, 2023

Bonneville Collections
PO Box 150621
Ogden, UT 84415-0621

6026 S. Fashion Point Dr.
South Ogden, Utah 84403

8752 W. Overland Rd. Suite 103
Boise, ID 83709

1465 N. Skyline Dr.
Idaho Falls, ID 83402

Re: Reference #: [redacted]7796

Dear debt collector:

I am responding to your contact about a debt you are trying to collect. You contacted me by mail, sometime after December 19, 2023, and identified the debt as a medical debt owed to InterPath Laboratory. This medical debt is subject to a good faith and bona fide dispute. The ordering provider has twice conceded that the bill is incorrect and erroneous. Regardless, the bills sent by InterPath to the undersigned do not comply with the Idaho Patient Act (IPACT), Idaho Code §§ 48-301 et. seq and the bill was therefore unlawfully forwarded to you for collections. As a "person" governed by IPACT and a debt collector governed by the FDCPA, you had an obligation to comply with both laws and investigate the validity of the bill for collections. Your failure to do so violates both acts as all communications sent to the undersigned were facially noncompliant with IPACT. Your forwarding of a collection notice for an invalid bill therefore also constitutes unfair, deceptive, and misleading practices under the Idaho Consumer Protection Act and the FDCPA. I hereby notify you of the dispute and demand that you cease and desist all debt collection practices and reverse any steps you have taken thus far.

Pursuant to the FDCPA, I also demand that you validate the debt by supplying the information below to clarify whether or not you even attempted to comply with Idaho and federal law:

Why you think I owe the debt, and to whom I owe it, including:

- The name and address of the creditor to whom the debt is currently owed, the account number used by that creditor, and the amount owed.
- If this debt started with a different creditor, provide the name and address of the original creditor, the account number used by that creditor, and the amount owed to that creditor at the time it was transferred. When you identify the original creditor, please provide any other name by which I might know them, if that is different from the official name. In addition, tell me when the current creditor obtained the debt and who the current creditor obtained it from.

- Provide verification and documentation that there is a valid basis for claiming that I am required to pay the debt to the current creditor. For example, can you provide a copy of the written agreement that created my original requirement to pay?
  - **Because you are collecting for a medical debt arising out of Idaho, explain what you did to confirm that collections was permitted under IPACT.**
  - **Explain how the bills forwarded by InterPath comply with the requirements of IPACT.**
- The amount and age of the debt, specifically:
  - A copy of the last billing statement sent to me by the original creditor.
  - State the amount of the debt when you obtained it, and when that was.
  - If there have been any additional interest, fees, or charges added since the last billing statement from the original creditor, provide an itemization showing the dates and amount of each added amount. In addition, explain how the added interest, fees or other charges are expressly authorized by the agreement creating the debt or are permitted by law.
  - If there have been any payments or other reductions since the last billing statement from the original creditor, provide an itemization showing the dates and amount of each of them.
- If there have been any other changes or adjustments since the last billing statement from the original creditor, please provide full verification and documentation of the amount you are trying to collect. Explain how that amount was calculated. In addition, explain how the other changes or adjustments are expressly authorized by the agreement creating the debt or permitted by law.
- Tell me when the creditor claims this debt became due and when it became delinquent.
- Details about your authority to collect this debt.

The debt is disputed at this time—and in fact is conceded to be invalid by the ordering provider. If you stop your collection of this debt, and forward or return it to another company, indicate to them that it is disputed. If you report it to a credit bureau (or have already done so), also report that the debt is disputed. In addition, you should state in any report that you have failed to fully verify the debt.

If you fail to provide any of the information or documentation I have asked for, say why. If you do not provide it, and do not adequately explain why, I will understand that you are unable to confirm or document your claims and did not investigate the propriety of the debt under Idaho and federal law.

All rights are expressly reserved.

Thank you for your cooperation.

Sincerely,
Nolan Anderson