# EXHIBIT 8

**From:** Enrique Reyes <EReyes@Adaugeohealthcare.com>
**Sent:** Wednesday, February 19, 2025 12:42 PM
**To:** Jordan M. Beehner
**Subject:** FW: N. Anderson

Here you go

Enrique

**From:** Enrique Reyes <ereyes@interpathlab.com>
**Sent:** Tuesday, March 12, 2024 9:43 AM
**To:** Jodi Goddard <jodig@bonncoll.com>
**Subject:** RE: N. Anderson

Okay thank you

Enrique

**From:** Jodi Goddard <jodig@bonncoll.com>
**Sent:** Tuesday, March 12, 2024 9:20 AM
**To:** Enrique Reyes <ereyes@interpathlab.com>
**Subject:** RE: N. Anderson

**CAUTION:** This email was sent from outside of Adaugeo, Interpath, Praxis. Please use caution when clicking links or opening attachments. If in doubt, do not.

Yes, we did send that letter and after the letter was sent .01 cents was deducted from the balance making the principal balance 53.39.
At the time the letter was sent, his account had incurred .36 interest with us.

Jodi

BONNEVILLE® COLLECTIONS

**Jodi Goddard**
**Client Relations**

Mobile: (801) 395-4301
jodig@bonncoll.com

**From:** Enrique Reyes <ereyes@interpathlab.com>
**Sent:** Tuesday, March 12, 2024 9:33 AM
**To:** Jodi Goddard <jodig@bonncoll.com>
**Subject:** RE: N. Anderson

Hi Jodi,

So you are saying that the letter I provided to you below was not sent by Bonneville?

Thank you

**Enrique**

---

**From:** Jodi Goddard <jodig@bonncoll.com>
**Sent:** Monday, March 11, 2024 3:11 PM
**To:** Enrique Reyes <ereyes@interpathlab.com>
**Subject:** RE: N. Anderson

**CAUTION:** This email was sent from outside of Adaugeo, Interpath, Praxis. Please use caution when clicking links or opening attachments. If in doubt, do not.

Hi Enrique,

I have sent all the documentation we have and there is nothing more to provide. We have never had a conversation with the customer.

Jodi

BONNEVILLE® COLLECTIONS

**Jodi Goddard**
**Client Relations**

Mobile: (801) 395-4301
jodig@bonncoll.com

---

**From:** Enrique Reyes <ereyes@interpathlab.com>
**Sent:** Monday, March 11, 2024 10:12 AM
**To:** Jodi Goddard <jodig@bonncoll.com>
**Subject:** RE: N. Anderson

Hello Jodi,
I let our team know that Bonneville had not sent out any other documents to this patient and that if the patient is claiming to have received anything else they would need to provide proof of this.

Their lawyer sent us the following. This seems to be different than the previous letter you had sent me. Was this also truly sent by Bonneville?

Because of the documents not lining up can you provide us a timeline of any and all communications with this patient that include, mail, phone, email or any other type of correspondence to include dates/times and type of communication as well as any possible transcripts of said communication.

Thank you

BONNEVILLE®
COLLECTIONS

AICPA SOC

ACA INTERNATIONAL

N[redacted]A[redacted]
[redacted]

01-11-24

RE: INTERPATH LABORATORY
PO BOX 1208
PENDLETON OR 97801

| | |
|---|---|
| Creditor Reference: | [redacted]0376 |
| Bonneville Account #: | [redacted]7796 |
| Principal: | 53.40 |
| Interest: | 0.36 |
| Collection Fee (if applicable): | 0.00 |
| Current Balance: | 53.76 |

Please find the enclosed information from our client, which validates your account. The difference in the amount due from the original statement, if any, may be payments, legal fees, and/or accrued interest.

If you have any questions, call me. If not, please remit the amount due as previously requested. To pay your account online, please visit www.bonnpay.com.

HANNAH FAIRBANKS 877-424-8525

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**Please write your account# [redacted]7796 on all payments or correspondence.**

Thank you

Enrique

**From:** Jodi Goddard <jodig@bonncoll.com>
**Sent:** Monday, March 11, 2024 7:33 AM
**To:** Enrique Reyes <ereyes@interpathlab.com>
**Subject:** RE: N. Anderson

**CAUTION:** This email was sent from outside of Adaugeo, Interpath, Praxis. Please use caution when clicking links or opening attachments. If in doubt, do not.

As I mentioned in the last e-mail, we have cancelled this account and it is no longer in collections.
This means that any interest we would have added to the account will not be added.
There were no other documents sent to this customer.

Jodi

BONNEVILLE® COLLECTIONS

**Jodi Goddard**
**Client Relations**

Mobile: (801) 395-4301
jodig@bonncoll.com

**From:** Enrique Reyes <ereyes@interpathlab.com>
**Sent:** Sunday, March 10, 2024 10:38 AM
**To:** Jodi Goddard <jodig@bonncoll.com>
**Subject:** RE: N. Anderson

Hello,
Are we sure there are no other documents sent to this patient?
They are claiming to have received something that shows they were charged interest or fees. Can we please be sure to not include interest or fees at this time and can you please confirm that there is nothing else sent to the patient.

Thank you

Enrique

**From:** Jodi Goddard <jodig@bonncoll.com>
**Sent:** Friday, March 1, 2024 11:17 AM
**To:** Enrique Reyes <ereyes@interpathlab.com>
**Subject:** N. Anderson

**CAUTION:** This email was sent from outside of Adaugeo, Interpath, Praxis. Please use caution when clicking links or opening attachments. If in doubt, do not.

Hi Enrique,

Per your request, I have attached the letter we sent to your customer Nolan Anderson and his response letter. Due to the nature of the dispute, we have cancelled the account from collections.

Thanks, Jodi

BONNEVILLE® COLLECTIONS

**Jodi Goddard**
**Client Relations**

Mobile: (801) 395-4301
jodig@bonncoll.com

---

**From:** Bonneville <ogscanner@bonncoll.com>
**Sent:** Friday, March 1, 2024 12:18 PM
**To:** Jodi Goddard <jodig@bonncoll.com>
**Subject:** 03012024

This information is confidential, and may be legally privileged. It is intended solely for the addressee. Access to this information by anyone else, unless expressly approved by the sender or an authorized addressee, is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action omitted or taken in reliance on it, is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender, delete this email, and destroy all copies.
This may be an attempt to collect a debt. Information obtained will be used for that purpose.
This information is confidential, and may be legally privileged. It is intended solely for the addressee. Access to this information by anyone else, unless expressly approved by the sender or an authorized addressee, is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action omitted or taken in reliance on it, is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender, delete this email, and destroy all copies.
This may be an attempt to collect a debt. Information obtained will be used for that purpose.
This information is confidential, and may be legally privileged. It is intended solely for the addressee. Access to this information by anyone else, unless expressly approved by the sender or an authorized addressee, is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action omitted or taken in reliance on it, is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender, delete this email, and destroy all copies.
This may be an attempt to collect a debt. Information obtained will be used for that purpose.
This information is confidential, and may be legally privileged. It is intended solely for the addressee. Access to this information by anyone else, unless expressly approved by the sender or an authorized addressee, is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action omitted or taken in reliance on it, is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender, delete this email, and destroy all copies.
This may be an attempt to collect a debt. Information obtained will be used for that purpose.

---

**From:** Jordan M. Beehner <JMBeehner@adaugeohealthcare.com>
**Sent:** Tuesday, March 12, 2024 10:58 AM
**To:** Enrique Reyes
**Subject:** RE: N. Anderson

Rodger that, I didn't even realize it was adjusted down but still think it works in our favor. No on is going to consider a one cent variance worth 5k

---

**Jordan M Beehner, CPA** | Chief Financial Officer
2460 SW Perkins Ave | PO Box 1517 | Pendleton, OR 97801
Tel: 541.966.6933 | Fax: 541.278.8317
Email: JMBeehner@AdaugeoHealthcare.com

---

**From:** Enrique Reyes <ereyes@interpathlab.com>
**Sent:** Tuesday, March 12, 2024 9:46 AM
**To:** Jordan M. Beehner <JMBeehner@adaugeohealthcare.com>
**Subject:** FW: N. Anderson

Looks like they indeed did send the letter.

Enrique

---

**From:** Jodi Goddard <jodig@bonncoll.com>
**Sent:** Tuesday, March 12, 2024 9:20 AM
**To:** Enrique Reyes <ereyes@interpathlab.com>
**Subject:** RE: N. Anderson

**CAUTION:** This email was sent from outside of Adaugeo, Interpath, Praxis. Please use caution when clicking links or opening attachments. If in doubt, do not.

Yes, we did send that letter and after the letter was sent .01 cents was deducted from the balance making the principal balance 53.39.
At the time the letter was sent, his account had incurred .36 interest with us.

Jodi

BONNEVILLE COLLECTIONS

**Jodi Goddard**
**Client Relations**

Mobile: (801) 395-4301
jodig@bonncoll.com

**From:** Enrique Reyes <ereyes@interpathlab.com>
**Sent:** Tuesday, March 12, 2024 9:33 AM
**To:** Jodi Goddard <jodig@bonncoll.com>
**Subject:** RE: N. Anderson

Hi Jodi,

So you are saying that the letter I provided to you below was not sent by Bonneville?

Thank you

**Enrique**

---

**From:** Jodi Goddard <jodig@bonncoll.com>
**Sent:** Monday, March 11, 2024 3:11 PM
**To:** Enrique Reyes <ereyes@interpathlab.com>
**Subject:** RE: N. Anderson

**CAUTION:** This email was sent from outside of Adaugeo, Interpath, Praxis. Please use caution when clicking links or opening attachments. If in doubt, do not.

Hi Enrique,

I have sent all the documentation we have and there is nothing more to provide. We have never had a conversation with the customer.

Jodi

BONNEVILLE®
COLLECTIONS

**Jodi Goddard**
**Client Relations**

Mobile: (801) 395-4301
jodig@bonncoll.com

---

**From:** Enrique Reyes <ereyes@interpathlab.com>
**Sent:** Monday, March 11, 2024 10:12 AM
**To:** Jodi Goddard <jodig@bonncoll.com>
**Subject:** RE: N. Anderson

Hello Jodi,
I let our team know that Bonneville had not sent out any other documents to this patient and that if the patient is claiming to have received anything else they would need to provide proof of this.

They sent us the following. This seems to be different than the previous letter you had sent me. Was this also truly sent by Bonneville?

Because of the documents not lining up can you provide us a timeline of any and all communications with this patient that include, mail, phone, email or any other type of correspondence to include dates/times and type of communication as well as any possible transcripts of said communication.

Thank you

BONNEVILLE®
COLLECTIONS

AICPA SOC

ACA INTERNATIONAL

N[redacted]A[redacted]
[redacted]

01-11-24

RE: INTERPATH LABORATORY
PO BOX 1208
PENDLETON OR 97801

| | |
|---|---|
| Creditor Reference: | [redacted]0376 |
| Bonneville Account #: | [redacted]7796 |
| Principal: | 53.40 |
| Interest: | 0.36 |
| Collection Fee (if applicable): | 0.00 |
| Current Balance: | 53.76 |

Please find the enclosed information from our client, which validates your account. The difference in the amount due from the original statement, if any, may be payments, legal fees, and/or accrued interest.

If you have any questions, call me. If not, please remit the amount due as previously requested. To pay your account online, please visit www.bonnpay.com.

HANNAH FAIRBANKS 877-424-8525

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**Please write your account# [redacted]7796 on all payments or correspondence.**

Thank you

Enrique

**From:** Jodi Goddard <jodig@bonncoll.com>
**Sent:** Monday, March 11, 2024 7:33 AM
**To:** Enrique Reyes <ereyes@interpathlab.com>
**Subject:** RE: N. Anderson

**CAUTION:** This email was sent from outside of Adaugeo, Interpath, Praxis. Please use caution when clicking links or opening attachments. If in doubt, do not.

As I mentioned in the last e-mail, we have cancelled this account and it is no longer in collections.
This means that any interest we would have added to the account will not be added.
There were no other documents sent to this customer.

Jodi

BONNEVILLE®
COLLECTIONS

**Jodi Goddard**
**Client Relations**

Mobile: (801) 395-4301
jodig@bonncoll.com

**From:** Enrique Reyes <ereyes@interpathlab.com>
**Sent:** Sunday, March 10, 2024 10:38 AM
**To:** Jodi Goddard <jodig@bonncoll.com>
**Subject:** RE: N. Anderson

Hello,
Are we sure there are no other documents sent to this patient?
They are claiming to have received something that shows they were charged interest or fees. Can we please be sure to not include interest or fees at this time and can you please confirm that there is nothing else sent to the patient.

Thank you

Enrique

**From:** Jodi Goddard <jodig@bonncoll.com>
**Sent:** Friday, March 1, 2024 11:17 AM
**To:** Enrique Reyes <ereyes@interpathlab.com>
**Subject:** N. Anderson

**CAUTION:** This email was sent from outside of Adaugeo, Interpath, Praxis. Please use caution when clicking links or opening attachments. If in doubt, do not.

Hi Enrique,

Per your request, I have attached the letter we sent to your customer Nolan Anderson and his response letter. Due to the nature of the dispute, we have cancelled the account from collections.

Thanks, Jodi

BONNEVILLE® COLLECTIONS

**Jodi Goddard**
**Client Relations**

Mobile: (801) 395-4301
jodig@bonncoll.com

---

**From:** Bonneville <ogscanner@bonncoll.com>
**Sent:** Friday, March 1, 2024 12:18 PM
**To:** Jodi Goddard <jodig@bonncoll.com>
**Subject:** 03012024

This information is confidential, and may be legally privileged. It is intended solely for the addressee. Access to this information by anyone else, unless expressly approved by the sender or an authorized addressee, is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action omitted or taken in reliance on it, is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender, delete this email, and destroy all copies.
This may be an attempt to collect a debt. Information obtained will be used for that purpose.
This information is confidential, and may be legally privileged. It is intended solely for the addressee. Access to this information by anyone else, unless expressly approved by the sender or an authorized addressee, is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action omitted or taken in reliance on it, is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender, delete this email, and destroy all copies.
This may be an attempt to collect a debt. Information obtained will be used for that purpose.
This information is confidential, and may be legally privileged. It is intended solely for the addressee. Access to this information by anyone else, unless expressly approved by the sender or an authorized addressee, is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action omitted or taken in reliance on it, is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender, delete this email, and destroy all copies.
This may be an attempt to collect a debt. Information obtained will be used for that purpose.
This information is confidential, and may be legally privileged. It is intended solely for the addressee. Access to this information by anyone else, unless expressly approved by the sender or an authorized addressee, is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action omitted or taken in reliance on it, is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender, delete this email, and destroy all copies.
This may be an attempt to collect a debt. Information obtained will be used for that purpose.