# EXHIBIT 9

# Notes

[redacted]0376 - ANDERSON, NOLAN

Date: 02/29/2024 By: Sweet, Kendra Accession #: Claim#: 0

Category:

TO ENRIQUE
Just wanted to let you know that I spoke to Sheila at Bonneville this morning about this account he requested an itemized statement from collections. I provided them a new statement for the $53.39 after the draw fee was removed. Just wanted to keep you in the loop.

---

[redacted]0376 - ANDERSON, NOLAN

Date: 02/28/2024 By: Sweet, Kendra Accession #: Claim#: 0

Category:

REVIEWED ACCOUNT WITH ALMADELI
KARL AND SHONA WERE SAYING ACCOUNT NEEDED TO GO BACK TO BAD DEBT
TALKED WITH ENRIQUE AND HE IS FURTHER INVESTIGATING.

---

[redacted]0376 - ANDERSON, NOLAN

Date: 02/27/2024 By: Wood2, Nina Accession #: Claim#: 0

Category:

From: Nina Wood <NWood@Interpathlab.com>
Sent: Tuesday, February 27, 2024 4:04 PM
To: Karl G. Williams <KGWilliams@adaugeohealthcare.com>
Subject: RE: Acct#: [redacted]0376 ANDERSON, NOLAN [redacted]1995 8-58379

Submitted a replacement claim to insurance excluding the draw. I adjusted off the draw in our system to no pt resp. Since no payment was made there is nothing to refund. Ins just has to take the draw off their records which should happen with the replacement claim. Thank you,

Nina Wood | Billing Analyst
2460 SW Perkins Ave | P.O. Box 1517 | Pendleton, Oregon 97801
Tel: 541.966.6151 | Fax: 541.278.8304
Email: nwood@adaugeohealthcare.com <mailto:nwood@adaugeohealthcare.com>

From: Karl G. Williams <KGWilliams@adaugeohealthcare.com <mailto:KGWilliams@adaugeohealthcare.com>>
Sent: Tuesday, February 27, 2024 8:38 AM
To: Nina Wood <NWood@Interpathlab.com <mailto:NWood@Interpathlab.com>>
Subject: Acct#: [redacted]0376 ANDERSON, NOLAN [redacted]1995 8-58379

Morning Nina,
Can you refund $16.99 for the draw fee back to the insurance please.
Thanks
Karl

---


Confidential Information to Billing Department for Internal Use Only